1  **JOHN F. MARTIN, ESQ. (SBN 52618)**
   **MATTHEW S. YERGOVICH, ESQ. (SBN 236389)**
2  **LAW OFFICES OF JOHN F. MARTIN**
   A Professional Corporation
3  3100 Oak Road, Suite 230
   Post Office Box 5331
4  Walnut Creek, CA  94596
   Telephone:  (925) 937-5433
5  Facsimile:   (925) 938-5567

6  Attorneys for Plaintiff
   SEAN SHAFIQUE
7

8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  SEAN SHAFIQUE,                         Case No. C05-3662-CRB

13         Plaintiff,
                                           STIPULATION AND (PROPOSED)
14  v.                                     ORDER CONTINUING CASE
                                           MANAGEMENT CONFERENCE
15  BAYER CORPORATION; and BAYER
    CORPORATION DISABILITY PLANS,
16
           Defendants.
17  _____/

18

19

20

21

22

23

24

25

26

27

28

*Shafique v. Bayer Corporation, et al.*
Stipulation and Order Continuing CMC            1

**STIPULATION**

The parties hereby stipulate and respectfully request this Court issue an Order continuing the Case Management Conference scheduled for December 16, 2005 until January 13, 2006 or sometime thereafter. Good cause exists to continue this hearing because (1) Defendants' counsel did not receive the CMC order either due to administrative/secretarial error or office equipment malfunction; (2) Defendants' counsel has a conflicting medical appointment on the scheduled CMC date; (3) the parties have certain holiday obligations; and (4) the parties agree on all the points in the Case Management Statement and Order.

DATED:   December 9, 2005            LAW OFFICES OF JOHN F. MARTIN
                                      A Professional Corporation

                                      By:   _____/s/_____
                                      MATTHEW S. YERGOVICH
                                      Counsel for Plaintiff


DATED:   December 9, 2005            THE LOUDERBACK LAW FIRM

                                      By:   _____/s/_____
                                      JEROME SCHREIBSTEIN
                                      Counsel for Defendants

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Case Management Conference scheduled for December 16, 2005 shall be continued, and is rescheduled for January 13, 2006.

IT IS SO ORDERED:

DATED:  Dec. 12, 2005                 _____
                                      THE HONORABLE CHARLES R. BREYER

[APPROVED — Judge Charles R. Breyer — United States District Court, Northern District of California seal]

*Shafique v. Bayer Corporation, et al.*
Stipulation and Order Continuing CMC          2