JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
BAYER CORPORATION and
BAYER CORPORATION DISABILITY PLANS

JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS (SBN          )
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff
SEAN SHAFIQUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN SHAFIQUE,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; and BAYER CORPORATION DISABILITY PLANS,<br><br>Defendants. | CASE NO. C-05-03662-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO DISCLOSE THE ADMININSTRATIVE RECORD**<br><br>**Hon. Charles R. Breyer** |

WHEREAS, according to the Case Management Order, Bayer Healthcare, LLC, was to disclose the administrative record to plaintiff by February 10, 2006;

1

1  Plaintiff Sean Shafique and Defendant Bayer HealthCare, LLC, by and through their
2  attorneys of record, hereby stipulate as follows:
3
4  1.  Bayer HealthCare, LLC, will be allowed a 7-day extension, until February 17, 2006,
5  to disclose the administrative record in the above referenced case.

**IT IS SO STIPULATED.**

DATED:

February 10, 2006        THE LOUDERBACK LAW FIRM


By: ___s/Stephen K. Robinson___
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendants
BAYER CORPORATION
BAYER CORPORATION DISABILITY PLANS


February 10, 2006        By: /s/ Christina Hopkins
CHRISTINA HOPKINS
LAW OFFICES OF JOHN F. MARTIN
Attorneys for Plaintiff
SEAN SHAFIQUE

---

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO DISCLOSE THE ADMINSTRATIVE RECORD
CASE NO. C-05-03662- CRB

1
2  **IT IS SO ORDERED.**
3
4  DATED: __February 13__, 2006
5
6
7  _____
8  HON. C...
   United S...
9  Northern...
   Judge Charles R. Breyer
10 Doc # 36461
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3