1  JEROME SCHREIBSTEIN (SBN 154051)
   STEPHEN K. ROBINSON (SBN 217898)
2  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
3  San Francisco, CA  94111
   Telephone:  (415) 398-7860
4  Facsimile:   (415) 398-7863

5  Attorneys for Defendants
   BAYER CORPORATION and
6  BAYER CORPORATION DISABILITY PLANS

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11

12 | SEAN SHAFIQUE,                              | Case No.: C-05-03662 (CRB)
13 |        Plaintiff,                           | STIPULATION AND [~~PROPOSED~~]
                                                   ORDER REGARDING CASE
14 |   vs.                                       | MANAGEMENT CONFERENCE
                                                   SCHEDULE
15 | BAYER CORPORATION; and BAYER                |
   | CORPORATION DISABILITY PLANS,               | TRIAL DATE:   NONE
16 |
   |        Defendants.                          | Hon. Charles R. Breyer
17

18

19       WHEREAS, under the current schedule the parties are calendared for a Case Management

20  Conference on Friday, May 5, 2006 at 8:30 a.m.

21       WHEREAS, the parties were previously set to partake in an Early Neutral Evaluation session

22  on April 19, 2006.

23       WHEREAS, the parties and the evaluator delayed the ENE session to take place on Friday,

24  April 28, 2006.

25       WHEREAS, under the current schedule, the parties will not be able to submit information

26  to the Court regarding their progress gained through the ENE if their Case Management Conference is

27  not also delayed.

28       WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse,

they agree through their respective counsel and stipulate as follows:

1. The Case Management Conference will now take place on ~~May 26~~ June 16, 2006 at 8:30 a.m.

**IT IS SO STIPULATED.**

DATED: April 28, 2006          THE LOUDERBACK LAW FIRM


By: _____/s/_____
    JEROME SCHREIBSTEIN
    STEPHEN K. ROBINSON
    Attorneys for Defendant
    BAYER HEALTHCARE LLC


DATED: April 28, 2006          LAW OFFICES OF JOHN F. MARTIN


BY: _____/S/_____
    CHRISTINE HOPKINS
    Attorneys for Plaintiff
    SEAN SHAFIQUE


**IT IS SO ORDERED.**

DATED: __May 01_____, 2006

_____
HON. CHARLES R. BREYER
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

37946v1