1  JEROME SCHREIBSTEIN (SBN 154051)
   STEPHEN K. ROBINSON (SBN 217898)
2  PAYNE & FEARS LLP
   One Embarcadero Center, Suite 2300
3  San Francisco, CA 94111
   Telephone: (415) 398-7860
4  Facsimile: (415) 398-7863

5  Attorneys for Defendants
   BAYER CORPORATION and
6  BAYER CORPORATION DISABILITY PLANS

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11

12 | SEAN SHAFIQUE,                          | Case No.: C-05-03662 (CRB)
13 |         Plaintiff,                      | **FURTHER JOINT CASE MANAGEMENT STATEMENT**
14 |    vs.                                  | TRIAL DATE: NONE
15 | BAYER CORPORATION; and BAYER            | Hon. Charles R. Breyer
   | CORPORATION DISABILITY PLANS,
16 |                                         | **ORDER**
17 |         Defendants.                     |

18  ////
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

SHAFIQUE V. BAYER FURTHER CASE MANAGEMENT CONFERENCE [C-05-03662 (CRB)] - 1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the initial Case Management Order in this action, the parties hereby submit the following Further Joint Case Management Statement.

The parties have engaged in mediation and have reached an agreement in principle for the release and dismissal of the action, but in order to allow the parties to finalize their agreement and obviate the need for further fees and appearances, the parties request that the Case Management Conference be continued for 20 days to now be held on July ~~6~~ 07, 2006.

DATED: June 6, 2006           PAYNE & FEARS LLP

                              By: _____/S_____
                              JEROME SCHREIBSTEIN
                              STEPHEN K. ROBINSON
                              Attorneys for Defendant
                              BAYER HEALTHCARE LLC

DATED: June 6, 2006           LAW OFFICES OF JOHN F. MARTIN

                              BY: _____/S_____
                              CHRISTINE HOPKINS
                              Attorneys for Plaintiff
                              SEAN SHAFIQUE

**IT IS SO ORDERED.**

DATED: __June 6, 2006__, 2006

HON. CHARLES R. BREYER
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

38570