UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAN SHAFIQUE,

    Plaintiff,

v.

BAYER CORPORATION; and BAYER CORPORATION DISABILITY PLANS,

    Defendants.

Case No. C05-3662-CRB
Trial Date: None
Department: (Judge Breyer)

JOINT STIPULATION OF DISMISSAL

The Honorable Charles R. Breyer previously issued an order dismissing the above-captioned action without prejudice. It is hereby stipulated by and between the parties to this action through their designated counsel that the previous dismissal without prejudice be vacated and that the above action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). This dismissal with prejudice includes any and all present and/or future claims arising out of the facts and/or allegations in the above-named action, with the parties to bear their own costs and fees.

DATED: July 24, 2006

LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation

By: _____
CHRISTINE HOPKINS, ESQ.
Counsel for Plaintiff, Sean Shafique

DATED: July 24, 2006

PAYNE & FEARS, LLP

By: _____
JEROME SCHREIBSTEIN
Counsel for Defendants

*Shafique v. Bayer Corporation, et al.*
*Stipulation of Dismissal*    1

1  IT IS SO ORDERED:
2
3  DATED: August 4, 2006



THE HONORABLE CHARLES R. BREYER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Shafique v. Bayer Corporation, et al.*
*Stipulation of Dismissal*                    2